***E-Filed 9/15/11***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LANEY NELSON, | No. C 11-02756 RS |
| Plaintiff, | **CASE MANAGEMENT** |
| v. | **SCHEDULING ORDER** |
| SANOFI AVENTIS U.S., LLC and DOES 1 through 10, inclusive, | |
| Defendant. | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on September 15, 2011. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. ALTERNATIVE DISPUTE RESOLUTION. The parties have agreed to participate in private mediation within 180 days.   The parties shall promptly notify the Court whether the case is resolved at the mediation.

2. DISCOVERY. On or before November 19, 2012, all non-expert discovery shall be completed by the parties.

3.    EXPERT WITNESSES. The disclosure and discovery of expert witness opinions shall proceed as follows:

    A. On or before November 26, 2012, plaintiff shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

    B. On or before December 24, 2012, defendant shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

    C. On or before January 21, 2013, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

4.    FURTHER CASE MANAGEMENT CONFERENCE. A Further Case Management Conference shall be held on **September 13, 2012 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

5.    PRETRIAL MOTIONS. All pretrial motions must be filed and served pursuant to Civil Local Rule 7. All pretrial motions shall be heard no later than January 3, 2012.

6.    PRETRIAL STATEMENTS. At a time convenient to both, counsel shall meet and confer to discuss preparation of a joint pretrial statement, and on or before January 24, 2013, counsel shall file a Joint Pretrial Statement.

7.    PRETRIAL CONFERENCE. The final pretrial conference will be held on **February 7, 2013, at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case shall attend personally.

8.    TRIAL DATE. Jury trial shall commence on **February 25, 2013 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

CASE MANAGEMENT SCHEDULING ORDER
NO. C 11-02756 RS

United States District Court
For the Northern District of California

1
2   DATED: 9/15/11
3   _____
    RICHARD SEEBORG
4   United States District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27                                                CASE MANAGEMENT SCHEDULING ORDER
                                                  NO. C 11-02756 RS
28

3