Noah D. Lebowitz [SBN 194982]
DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
100 Bush Street, Suite 1800
San Francisco, California  94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556
E-mail:  noah@dplolaw.com

Attorneys for Plaintiff
LANEY NELSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

### (San Francisco Division)

| | |
|---|---|
| LANEY NELSON, <br><br> Plaintiff, <br><br> v. <br><br> SANOFI AVENTIS U.S., LLC, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.  C 11-2756 RS <br><br> **STIPULATION & [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> [F.R.Civ.P. 41(a)(1)] |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties to this action hereby stipulate and agree that this case be dismissed in its entirety, with prejudice.  The parties further hereby stipulate and agree that each side will bear their own fees and costs associated with this action.

- 1 -
STIPULATION & [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

Dated: March 21, 2012    DUCKWORTH PETERS LEBOWITZ OLIVIER LLP


By:_____/s/ Noah D. Lebowitz_____
Noah D. Lebowitz
Attorneys for Plaintiff Laney Nelson


Dated: March 27. 2012    SEYFARTH SHAW LLP


By: _____/s/ Francis J. Ortman, III_____
Francis J. Ortman, III
Attorneys for Defendant sanofi-aventis US LLC

## **ORDER**

Pursuant to stipulation of the parties, this case hereby DISMISSED IN ITS ENTIRETY WITH PREJUDICE, each side bearing their own fees and costs.

IT IS SO ORDERED.

DATED:  _3/28/12_____    _____
HON. RICHARD SEEBORG
JUDGE, UNITED STATES DISTRICT COURT